LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
  E-Mail: akcatty@lbbslaw.com
STEPHANIE J. TANADA, SB# 257769
  E-Mail: tanada@lbbslaw.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

**JS-6**

Attorneys for Defendants
DEPUTY W. DELREAL; DEPUTY J. DUNLAP; DEPUTY RINKERT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DUSTIN LUNDE,<br><br>        Plaintiff,<br><br>    vs.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | CASE NO. EDCV 11-00577 VAP (OPx)<br><br>**JUDGMENT ON SPECIAL VERDICT**<br><br>Trial Date:    None Set |

The above-entitled matter came on regularly for jury trial on March 20, 2012. Mervyn S. Lazarus, Esq. appeared on behalf of plaintiff, Dustin Lunde. Arthur K. Cunningham, Esq. and Stephanie J. Tanada, Esq. appeared on behalf of defendants, Walter Del Real, Justin Rinkert, and Joseph Dunlap.

A jury of 7 persons was impaneled and sworn. Opening statements were made. Witnesses were called and testified. Evidence was presented and admitted. Both sides rested. The jury was instructed in the law. Closing arguments were made.

The jury returned a verdict in favor of all Defendants on all issues.

Based upon the unanimous jury verdict and good cause appearing therefor

1  IT IS ORDERED, ADJUDGED and DECREED that: the plaintiff, Dustin Lunde,
2  shall take nothing herein; that judgment shall be for the defendants, and each of
3  them; and that Defendants, Walter Del Real, Justin Rinkert, and Joseph Dunlap shall
4  be awarded costs pursuant to a Bill of Costs to be filed and taxed pursuant to Local
5  Rule 54.

7  DATED: April 30, 2012

By: *Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge